IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THEOPHUS DAVISON, #056894,
    Petitioner,

vs.                                       Case No.:  3:05cv99/RV/EMT

JAMES V. CROSBY,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 12, 2005.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 10) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice.

**DONE AND ORDERED** this 26th day of September, 2005.

                                                /s/ _Roger Vinson_
                                                **ROGER VINSON**
                                                **UNITED STATES SENIOR JUDGE**